782 A.2d 418

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JERMAINE DAWKINS, DEFENDANT–APPELLANT.

July 19, 2001.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

782 A.2d 418

CARL WILLIAMS AND ELOISE WILLIAMS, PLAINTIFFS–MOV-
ANTS, v. PETER VERNIERO, BOTH AS AN INDIVIDUAL AND
AS THE ATTORNEY GENERAL OF THE STATE OF NEW
JERSEY, CHRISTINE TODD WHITMAN, BOTH AS AN INDI-
VIDUAL AND AS GOVERNOR OF THE STATE OF NEW JER-
SEY, THE STATE OF NEW JERSEY, A BODY POLITIC, PETER
MACDONOUGH, AND LEROY D. JONES, DEFENDANTS–RE-
SPONDENTS, AND THE STAR LEDGER AND JOHN DOES 1
THROUGH 50 INCLUSIVE, FICTITIOUS NAMED DEFEN-
DANTS, JOINTLY SEVERALLY, AND IN THE ALTERNATIVE,
DEFENDANTS.

July 19, 2001.

Denied.